**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Leila Cruz, | Case No. 20-CV-2113 (DWF/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Best Buy; Andrew Campbell, Individual/Professional Cap.; and Andrew, Customer SVC Manager, | |
| Defendants. | |

In an order dated November 16, 2020, the Court noted that this District did not appear to be a correct venue for this litigation; the events at issue took place entirely within the State of Colorado, and not all of the defendants named to this action appeared from the complaint to be residents of Minnesota. *See* ECF No. 4 (citing 28 U.S.C. § 1391(b)). Accordingly, plaintiff Leila Cruz was ordered to show cause within 30 days why this matter should not be transferred to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1406(a).

That deadline has now passed, and Cruz has not responded to the order to show cause. Therefore, consistent with this Court's prior order, it is recommended that this matter be transferred to the District of Colorado. Cruz's application to proceed *in forma pauperis* remains pending and may be left to be addressed in the first instance by the transferee court.

## RECOMMENDATION

Based on the foregoing, and on all the files, records, and proceedings herein; this Court RECOMMENDS that this matter be TRANSFERRED to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1406(a).

Dated: January 12, 2021                       s/David T. Schultz
                                                           DAVID T. SCHULTZ
                                                           U.S. Magistrate Judge

## **NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).